XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2595
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendant J. Lewis*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN NILSEN,** <br><br> Plaintiff, <br><br> v. <br><br> **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** <br><br> Defendants. | 2:16-cv-02733 CKD P <br><br> **STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS; ORDER** <br><br> Judge: The Honorable Carolyn K. Delaney <br> Trial Date: Not Set <br> Action Filed: November 17, 2016 |

The parties to the above action stipulate as follows:

1. Defendant Lewis filed a Motion to Dismiss (Motion) the above action on June 5, 2017, under Federal Rule of Civil Procedure 12(b)(6), and Local Rule 230(l).

2. Under Local Rule 230(l), an Opposition to the Motion is due by June 26, 2017.

3. Due to pre-existing travel plans, counsel for Plaintiff Nilsen will be out of the office and unable to file an Opposition to the Motion by June 26, 2017.

4. In order to accommodate counsel's travel plans, the parties agree that an Opposition

///

to the Motion will be due by July 24, 2017.

**IT IS SO STIPULATED.**

Dated: June 7, 2017       WILLIAM L. SCHMIDT, ATTORNEY AT LAW, PC

*s/ William L. Schmidt*

William L. Schmidt
Attorney at Law
*Attorneys for Plaintiff John Nilsen*

Dated: June 7, 2017       XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General

*s/ R. Lawrence Bragg*

R. LAWRENCE BRAGG
Deputy Attorney General
*Attorneys for Defendant J. Lewis*

SA2017304495
32912657.doc

# ORDER

In light of the stipulation of the parties, and good cause appearing, it is ordered that the Opposition to Defendant Lewis' Motion to Dismiss (ECF No. 9) is extended to July 24, 2017.

Dated: June 9, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE